UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HANAI ABRAHAM, *et al.*,

Plaintiffs,

Case No. 25-cv-13134
Hon. Matthew F. Leitman

v.

DRUG ENFORCEMENT ADMINISTRATION, *et al.*,

Defendants.

______________________________________/

**ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS (ECF No. 6, 7)**

On July 31, 2026, the Court held a hearing on Defendants' motions to dismiss. (*See* Mots., ECF Nos. 6, 7.) For the reasons explained on the record during the hearing, the motions are **GRANTED** and Plaintiffs' claims are **DISMISSED** in their entirety **WITH PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 31, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126