UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HANAI ABRAHAM, *et al.*,

Plaintiffs,

Case No. 25-cv-13134
Hon. Matthew F. Leitman

v.

DRUG ENFORCEMENT ADMINISTRATION, *et al.*,

Defendants.

_______________________________________/

# JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: July 31, 2026
Detroit, Michigan